IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| DKIII HORNBACK ENTERPRISES, LTD. | § | CIVIL ACTION NO. |
| | § | |
| V. | § | |
| JOHN CUELLAR, GUADALUPE RIVERA, | § | |
| JERRY TAFOLLA, LEO OLIVAREZ, AND | § | |
| JOSE MARTINEZ, DAVID FOX AND THE | § | M – 13 – 395 |
| CITY OF WESLACO | § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE U.S. DISTRICT COURT:

Plaintiff **DKIII HORNBACK ENTERPRISES, LTD.** and Defendants **THE CITY OF WESLACO, TEXAS, JOHN CUELLAR, GUADALUPE RIVERA, JERRY TAFOLLA, LEO OLIVARES, DAVID FOX** and **JOSE MARTINEZ** move for an Order dismissing this case against Defendants, and in support thereof show:

Plaintiff **DKIII HORNBACK ENTERPRISES, LTD.** and Defendants **THE CITY OF WESLACO, TEXAS, JOHN CUELLAR, GUADALUPE RIVERA, JERRY TAFOLLA, LEO OLIVARES, DAVID FOX** and **JOSE MARTINEZ**, by and through their attorneys of record, hereby inform the Court that the claims against Defendants have been compromised and settled, and Plaintiff and Defendants hereby pray that all causes of action against Defendants **THE CITY OF WESLACO, TEXAS, JOHN CUELLAR, GUADALUPE RIVERA, JERRY TAFOLLA, LEO OLIVARES, DAVID FOX** and **JOSE MARTINEZ** be dismissed with prejudice as of the settlement.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **DKIII HORNBACK ENTERPRISES, LTD.** and Defendants **THE CITY OF WESLACO, TEXAS, JOHN CUELLAR, GUADALUPE RIVERA, JERRY TAFOLLA, LEO OLIVARES, DAVID FOX** and **JOSE MARTINEZ** request that this Court enter an Order dismissing this suit with prejudice as to Defendants **THE CITY OF WESLACO, TEXAS, JOHN CUELLAR, GUADALUPE RIVERA, JERRY TAFOLLA, LEO OLIVARES, DAVID FOX** and **JOSE MARTINEZ**, with all Court costs to be borne by the party incurring same.

Signed on this the 27th day of February, 2015.

Respectfully submitted,

/s/   *Javier Villalobos*

Javier Villalobos
State Bar No.: 00794793
Federal I.D. No.: 25470
email: jv@jvlawoffice.com

Lead Counsel for Plaintiff
**DKIII HORNBACK ENTERPRISES, LTD.**

**LAW OFFICE OF
JAVIER VILLALOBOS, P.C.**
5804 North 23rd Street
McAllen, TX 78504
Telephone: (956) 687-4000
Facsimile: (956) 687-4001

                              /s/ J. Arnold Aguilar
                              J. Arnold Aguilar
                              State Bar No. 00936270
                              Federal Adm. No. 6822
                              email: arnold@aguilarzabartellc.com

                              Lead Counsel for Defendants
                              **THE CITY OF WESLACO, TEXAS,**
                              **JOHN CUELLAR, GUADALUPE RIVERA,**
                              **JERRY TAFOLLA, LEO OLIVARES,**
                              **DAVID FOX** and **JOSE MARTINEZ**


                              **AGUILAR ☆ ZABARTE, LLC**
                              990 Marine Drive
                              Brownsville, Texas  78520
                              Telephone:  (956) 504-1100
                              Facsimile:   (956) 504-1408


## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing **JOINT MOTION TO DISMISS** will on this the 27th day of February, 2015, be automatically provided through the Notice of Electronic Filing upon the following:

Mr. Javier Villalobos
Law Office of Javier Villalobos, P.C.
5804 North 23rd Street
McAllen, TX  78504

                              /s/ J. Arnold Aguilar
                              J. Arnold Aguilar

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| DKIII HORNBACK ENTERPRISES, LTD. § | | CIVIL ACTION NO. |
| § | | |
| V. § | | |
| § | | M – 13 – 395 |
| JOHN CUELLAR, GUADALUPE RIVERA, § | | |
| JERRY TAFOLLA, LEO OLIVAREZ, AND § | | |
| JOSE MARTINEZ, DAVID FOX AND THE § | | |
| CITY OF WESLACO § | | |

## AGREED ORDER OF DISMISSAL

Plaintiff **DKIII HORNBACK ENTERPRISES, LTD.** and Defendants **THE CITY OF WESLACO, TEXAS, JOHN CUELLAR, GUADALUPE RIVERA, JERRY TAFOLLA, LEO OLIVARES, DAVID FOX** and **JOSE MARTINEZ**, by and through their attorneys of record, having informed the Court by the filing of a Joint Motion to Dismiss that the claims against these sole remaining Defendants have been compromised and settled, and the Plaintiff and Defendants having prayed that all causes against Defendants **THE CITY OF WESLACO, TEXAS, JOHN CUELLAR, GUADALUPE RIVERA, JERRY TAFOLLA, LEO OLIVARES, DAVID FOX** and **JOSE MARTINEZ** be dismissed with prejudice as of this settlement, and all remaining parties agreeing thereto, and it appearing to the Court that at the request of the parties the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff **DKIII HORNBACK ENTERPRISES, LTD.**'s cause be dismissed as to Defendants **THE CITY OF WESLACO, TEXAS, JOHN CUELLAR, GUADALUPE RIVERA, JERRY TAFOLLA, LEO OLIVARES, DAVID FOX** and **JOSE MARTINEZ**, with prejudice against all parties to file any same or similar actions, with all court costs to be taxed against the party incurring same.

It is further ORDERED, ADJUDGED and DECREED that any and all other relief not expressly granted herein is denied. This judgment finally disposes of all parties and claims and is appealable.

SO ORDERED this _____ day of _____, 2015, at McAllen, Texas.

                                                                                   _____
                                                                                   Randy Crane
                                                                                   United States District Judge

**APPROVED AS TO SUBSTANCE AND FORM**:

*/s/ Javier Villalobos*
    Javier Villalobos

    Lead Counsel for Plaintiff
    DKIII HORNBACK ENTERPRISES, LTD.

*/s/ J. Arnold Aguilar*
    J. Arnold Aguilar

    Lead Counsel for Defendants
    THE CITY OF WESLACO, TEXAS,
    JOHN CUELLAR, GUADALUPE RIVERA,
    JERRY TAFOLLA, LEO OLIVARES
    DAVID FOX and JOSE MARTINEZ